**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THERESA G. ROSNER and DANIEL E. ROSNER,<br><br>        Plaintiffs,<br><br>        vs.<br><br>HMS HOST TOLLROADS, INC. d/b/a JOYCE KILMER SERVICE AREA; NEW JERSEY TURNPIKE AUTHORITY and/or ABC, INC., (1-5), Fictitious names and/or XYZ CORP., (1-5), Fictitious names and/or JOHN DOE (1-5), Fictitious names, individually, jointly Severally and/or in the alternative,<br><br>        Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO.: _____<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**DISCLOSURE STATEMENT FORM**

Please check one box:

☐ The nongovernmental corporate parties, _____ in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of their stock.

☒ The nongovernmental corporate party, <u>HMSHost Tollroads, Inc.</u>, in the above listed civil action is a wholly owned subsidiary of Autogrill S.p.A.

Date:   12/14/18          Signature:   *[signature]*

                                                         Counsel for:   Defendant, HMSHost Tollroads, Inc.

12277660-1

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

  (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY.  A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  (b) TIME FOR FILING; SUPPLEMENTAL FILING.  A party must:

    (1)  file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and

    (2)  promptly file a supplemental statement upon any change in the information that the statement requires.